**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **AARON ROBINSON** | : | |
| **Petitioner**, | : | |
| | : | |
| **v.** | : | |
| | : | **Case No. 5:24-cv-04516-JDW** |
| **BRADLEY BOOHER,** | : | |
| **et al.**, | : | |
| **Respondents.** | : | |

**ORDER**

AND NOW, this 31st day of July, 2026, upon consideration of the All Inclusive Petition For Habeas Corpus Relief Pursuant To 28 U.S.C. § 2254 And Memorandum Of Law In Support Of Petition (ECF No. 15), the Report And Recommendation of the Hon. Lynne A. Sitarski (ECF No. 31), and Aaron Robinson's Objections To The Report And Recommendation (ECF No. 36), and for the reasons stated in the accompanying Memorandum, it is **ORDERED** as follows.

1. Mr. Robinson's Objections To The Report And Recommendation (ECF No. 36) are **SUSTAINED IN PART** and **OVERRULED IN PART**, as follows:

   a. The objections are **SUSTAINED** to the extent they object to Judge Sitarski's conclusion that Claims One and Two in the Petition are untimely; and

   b. The objections are otherwise **OVERRULED**.

2. Judge Sitarski's Report And Recommendation (ECF No. 31) is **ADOPTED IN PART** and **REJECTED IN PART**, as follows:

a. Section III.A. of the Report And Recommendation addressing the timeliness of Claims One and Two is **REJECTED**; and

b. The remainder of the Report And Recommendation is **APPROVED** and **ADOPTED**.

3. Mr. Robinson's All Inclusive Petition For Habeas Corpus Relief Pursuant To 28 U.S.C. § 2254 And Memorandum Of Law In Support Of Petition (ECF No. 15) is **DENIED** and **DISMISSED**.

4. A Certificate Of Appealability shall not issue.

5. The Clerk Of Court shall mark this case closed.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
**JOSHUA D. WOLSON, J.**